No. 15–0512/MC. U.S. v. Anibal A. Barraza. CCA 201400210. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to May 28, 2015.

No. 15–0571/AF. U.S. v. Douglas M. Griffing. CCA 38443. Appellant's motion to extend time to file the supplement to the petition for grant for review granted to June 8, 2015.

Wednesday, May 20, 2015

No. 15–0581/NA. Brian L. Brimeyer, Petitioner v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.

No. 15–0326/MC. U.S. v. Daniel W. Eads. CCA 201400226. Appellee's motion to file a 10–day answer letter out of time is denied.